IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EFRIAN Y. RODRIGUEZ-FARGAS,** | : | **CIVIL ACTION** |
| **ALTA GRACIA HERRERA,** and | : | |
| **MARISOL PAGAN** on behalf of | : | |
| themselves and similarly situated | : | |
| employees, | : | **NO. 06-1206** |
| **Plaintiffs** | : | |
| | : | |
| v. | : | |
| | : | |
| **HATFIELD QUALITY MEATS, INC.,** | : | |
| **Defendant** | : | |

**ORDER GRANTING PRELIMINARY**
**APPROVAL OF CLASS ACTION SETTLEMENT**

**STENGEL, J.**

     **AND NOW**, this    17th    day of January, 2007, upon consideration of Plaintiffs' unopposed Motion for Preliminary Approval of the Proposed Class Action Settlement, Approval of Notice Plan, Conditional Certification of a Settlement Class, and Appointment of Class Counsel ("Motion"), the accompanying Settlement Agreement, the accompanying proposed notice and claim forms, the accompanying brief, and all other papers and proceedings herein, it is hereby ORDERED that:

     1.     The motion is GRANTED, and the Settlement Agreement is PRELIMINARILY APPROVED based upon the Court's preliminary determination that the proposed settlement is fair, reasonable, and adequate and that Plaintiffs are likely to satisfy the class action requisites set forth in Federal Rule of Civil Procedures 23(a)-(b) for purposes of a settlement class only;

2. For the purposes of settlement only, the Court conditionally certifies the following class (the "Settlement Class") pursuant to Federal Rule of Civil Procedure 23(b)(3):

> All persons who have been employed as hourly employees of Hatfield Quality Meats, Inc., in or at any of its Pennsylvania pork processing facilities during any time from March 21, 2000 through May 29, 2006 and were required to wear any company-mandated clothing, gear, or equipment as a condition of their employment.

3. For the purposes of settlement only, the Court hereby appoints the named plaintiffs in this action as class representatives of the Settlement Class;

4. For the purposes of settlement only, the Court hereby appoints Peter Winebrake and his firm, Trujillo Rodriguez & Richards, LLC, as class counsel ("Class Counsel") under Federal Rule of Civil Procedure 23(g) to represent the Settlement Class.

5. The proposed notice and claim forms accompanying the Motion are approved as to form and substance, as they fairly and accurately describe the terms of the proposed settlement and the settlement approval process;

6. Within fourteen (14) days after the entry of the Order, Defendant Hatfield Quality Meats, Inc. ("Hatfield") shall make reasonable efforts to cause the appropriate notice forms to be hand delivered to all class members employed by Hatfield who report to work during said fourteen (14) day period.  Class Counsel, through a designated Settlement Administrator to be agreed upon by the parties, shall ensure that the appropriate notice and claim forms shall be sent by first class mail, postage prepaid, to all former employee class members and that a notice is mailed by first class mail, postage prepaid to employee class members who do not receive a hand delivered notice from Hatfield.  Notices shall be mailed to Settlement Class members at their last known addresses as determined pursuant to the Settlement Agreement.  The notice provided for

in this paragraph is the best notice practicable and constitutes due and sufficient notice in compliance with the requirement of Federal Rule of Civil Procedure 23 and due process of law;

      7.     Settlement Class members who do not opt-out in accordance with section 9 of the notice may file written comments, opposition or objections ("Objections") to the proposed settlement or the Fee Application, provided that such Objections must be filed with the Court and received by counsel at the addresses below no later than **Monday, April 3, 2007:**

>  Peter Winebrake, Esquire
>  Trujillo Rodriguez & Richards, LLC
>  1717 Arch Street, Suite 3838
>  Philadelphia, PA 19103

>  -AND-

>  Jonathan D. Wetchler, Esquire
>  Wolf Block Schorr and Solis-Cohen LLP
>  1650 Arch Street, 22nd Floor
>  Philadelphia, PA 19103

      8.     Settlement Class members who do not opt-out in accordance with section 9 of the notice may appear at the final approval hearing to comment on or oppose the proposed settlement or the Fee Application. In order to be heard at such hearing, Settlement Class members must file and serve Objections pursuant to paragraph 7 hereof and must also file and serve a "Notice of Intention to Appear in <u>Rodriguez-Fargas, et al. v. Hatfield Quality Meats, Inc.</u>, No. 2:06-01206-LS." The "Notice of Intention to Appear" must be filed with the Court and received by counsel at the addresses below no later than **Monday, April 3, 2007:**

>  Peter Winebrake, Esquire
>  Trujillo Rodriguez & Richards, LLC
>  1717 Arch Street, Suite 3838
>  Philadelphia, PA 19103

-AND-

Jonathan D. Wetchler, Esquire
Wolf Block Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103

9. On or before **Monday, March 19, 2007**, Class Counsel shall file any moving papers in support of final approval of the settlement and the Fee Application;

10. On or before **Monday, March 19, 2007**, Class Counsel shall file their applications for approval of attorneys' fees and reimbursement of litigation costs and expenses (collectively "the Fee Application");

11. Pursuant to Federal Rule of Civil Procedure 23(e), a hearing regarding final approval of the settlement and the Fee Application shall be held on **Wednesday, May 2, 2007, at 9:30 a.m., in Courtroom 3B** of the United States Courthouse at 601 Market Street, Philadelphia, Pennsylvania  19106;

12. All proceedings in this action are hereby stayed pending the hearing on final approval of the settlement.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.