IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EFRIAN Y. RODRIGUEZ-FARGAS, et al., :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>HATFIELD QUALITY MEATS, INC., :<br>:<br>Defendant. :<br>: | 2:06-cv-1206-LS |

**PLAINTIFFS' SUPPLEMENTAL FILING IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT AND PLAINTIFFS' COUNSELS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS**

On March 19, 2007, Plaintiffs' counsel filed its unopposed Motion for Final Approval of the Settlement and unopposed Motion for an Award of Attorneys' Fees and Reimbursement of Costs, along with supporting briefs and exhibits. See Docs. 45-48. At that time, Plaintiffs' counsel indicated to the Court that it had received 0 objections to the Settlement and only 1 request to be excluded or opt-out of the Settlement. See id.

The deadline for Class members to exclude themselves from the Settlement and to serve objections on Class counsel to either the terms of the Settlement or Plaintiffs' counsels' request for fees and expenses was April 2, 2007. No class member has objected to the Settlement or to Plaintiffs' counsels' request for fees and expenses. In addition, the Settlement administrator has informed Class counsel that it has not received any additional requests from Class members to be excluded from the Settlement.

Thus, Plaintiffs' counsels' Motion for Final Approval of the Settlement and its Motion for an Award of Attorneys' Fees and Reimbursement of Costs should be treated as unopposed by members of the Class.

DATE:   April 25, 2007

/s/
Peter Winebrake
THE WINEBRAKE LAW FIRM, LLC
Twining Office Center, Suite 114
715 Twining Road
DRESHER, PA 19025
(215) 884-2491

*Class Counsel*

Kenneth I. Trujillo
Ira Neil Richards
R. Andrew Santillo
TRUJILLO RODRIGUEZ & RICHARDS, LLC
1717 ARCH STREET, SUITE 3838
PHILADELPHIA, PA  19103
(215) 731-9004

Steven B. Barrett
HAMBURG, RUBIN, MULLIN, MAXWELL
& LUPIN
375 Morris Road, P.O. Box 1479
Lansdale, PA 19446-0773
(215) 661-0400

Brian P. Kenney
Brian P. McCafferty
Eric Young
Phillip Downey
KENNEY EGAN MCCAFFERTY & YOUNG
3031C WALTON ROAD, SUITE 202
PLYMOUTH MEETING, PA 19462
(610) 940-9099

Todd J. O'Malley
O'Malley & Langan, PC
426 Mulberry Street, Suite 104
Scranton, PA 18503
(570) 344-2667

Robert DeRose
BARKAN NEFF HANDELMAN MEIZLISH, LLP
360 South Grant Avenue
P.O. Box 1989
Columbus, OH 43215
(614) 221-4221

*Co-Counsel for Plaintiffs and the Class*